CRAIG B. FRIEDBERG, ESQ.
Nevada Bar No. 004606
4760 South Pecos Road, Suite 103
Las Vegas, Nevada 89121
Phone: (702) 435-7968; Fax: (702) 946-0887
And
ERIN A. NOVAK, ESQ.
*(pro hac vice)*
Francis & Mailman, P.C.
Land Title Building, 19th Floor
100 S. Broad Street
Philadelphia, PA 19110
Phone: (215) 735-8600; Fax: (215) 940-8000

*Attorneys for Plaintiff*

## IN THE UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

| | |
|---|---|
| **JACQUELINE OSTRANDER**<br>        **Plaintiff,**<br>**v.**<br><br>**PROCOLLECT, INC.**<br>        **Defendant.** | **Civil Action No. 3:11-cv-00392-RCJ- VPC**<br><br>**STIPULATION OF DISMISSAL PURSUANT TO FED. R. CIV. P. 41(a)(1)(A)(ii)** |

## STIPULATION OF DISMISSAL

IT IS HEREBY STIPULATED AND AGREED, on this 5th day of January, 2012 by and between Plaintiff Jacqueline Ostrander and Defendant Procollect, Inc. that pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), this action be dismissed with prejudice against Defendant Procollect, Inc., with each party to bear their own costs therein.

BY:    _/s/ Erin A. Novak_____
ERIN A. NOVAK, ESQUIRE
**FRANCIS & MAILMAN, P.C.**
100 South Broad Street, 19th Floor
Land Title Building
Philadelphia, PA 19110

BY:  _/s/ Brian D. Shapiro_____
BRIAN D. SHAPIRO, ESQUIRE
**THE LAW OFFICES OF BRIAN D. SHAPIRO, LLC**
228 S. 4th Street, Suite 300
Las Vegas, NV  89101

SO ORDERED:

_____
CHIEF JUDGE ROBERT C. JONES

Date:   January 5, 2012.